UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 12cr10214 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 844(i) - Arson |
| BENJAMIN PARKER | ) | |

### INDICTMENT

**COUNT ONE:** (18 U.S.C. § 844(i) - Attempted Arson)

The Grand Jury charges that:

From on or about September 15, 2011 to on or about September 24, 2011, at Boston, West Harwich, and elsewhere in the District of Massachusetts,

**BENJAMIN PARKER,**

defendant herein, did maliciously attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 96 Riverside Drive, West Harwich, MA, used in interstate commerce and in activities affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; July 18, 2012

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

@ 1:45 pm