**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff <br><br> V. <br><br> **BENJAMIN PARKER,** <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **CRIMINAL NO. 1:12-cr-10214-GAO-1** |

### BENJAMIN PARKER'S MOTION TO
### TERMINATE SUPERVISED RELEASE EARLY

Benjamin Parker moves this Honorable Court to terminate his probation, pursuant to 18 U.S.C. § 3564(c) and 18 U.S.C. 3583(e)(1).

On March 13, 2014 Mr. Parker pleaded guilty to Attempted Arson, in violation of 18 U.S.C. §844(i); Attempted Kidnaping, in violation of 18 U.S.C. §1201(a)(l) and (d); and Attempted Witness Tampering, in violation of 18 U.S.C. §1512(a)(2)(A).  He was sentenced to 72 months to serve, followed by another 36 months of supervised release,

Mr. Parker successfully completed his sentence.  Since his release, Mr. Parker has been in full compliance with the terms of his supervised release, which began in October of 2018.  As of today, he has completed more than half of the supervised release imposed by the Court.

After being released from prison, Mr. Parker then went on to a half-way house, for approximately 10 months, which he successfully competed and graduated from.  Mr. Parker completed his obligations for restitution.

Mr. Parker is steadily employed as the managing director of Encore Realty, in Brookline Massachusetts. He works with hundreds of clients each year, in addition to training and supervising sales and leasing agents.  During the COVID-19 pandemic, Mr. Parker, through Encore Realty, has been contributing and donating to other agents for the costs of their licensing requirements, and providing free training.  Moreover, he and the agents he supervises have been committed to aiding tenants, students especially, struggling with issue regarding their leases and being unable to fulfill the obligations with those leases, by working with landlords and tenants on alternative solutions.

Mr. Parker is an active volunteer for several organizations. He regularly volunteers for the Massachusetts Society for the Prevention of Cruelty to Animals ("MSPCA"), and the Greater Boston Habitat for Humanity, and coordinates companywide volunteer days for both organizations, in addition to making monthly contributions. Moreover, Mr. Parker mentors high school students through the "BUILD" startup incubator program at "A Another Course To College," in Hyde Park. He also volunteers as a mentor with the "YJP Chair Center," in Brookline, working directly with members of the community diagnosed with Down's Syndrome Enclosed are several letters, demonstrating Mr. Parker's dedication to volunteer organizations, his community, and his clients.[1]

Unfortunately, at this time, Mr. Parker's real estate license is in jeopardy. In the months prior to the pandemic, he had a hearing before the Massachusetts Licensing Board, and is now awaiting a decision from the Board regarding his ability to maintain his real estate license. This case is a direct issue relating to the Board making its decision. Mr. Parker being in the midst of a continued sentence, and on probation, is likely to affect the Board's ultimate decision in allowing him to continue to practice real estate and maintain his license.

Furthermore, in 2015, while incarcerated, Mr. Parker was attached and suffered severe injuries. Mr. Parker's eye socket was shattered, and his skull fractured in more than 35 places. He required facial reconstruction surgery. His bone on the left side of his face was completely displaced, and a it was necessary for doctors to place metal plate in his face. Mr. Parker was in the hospital for approximately two months following the attack, and was then placed in isolation for his own protection. He is now permanently deaf in his right ear, and his vision in his left eye is compromised. Mr. Parker still suffers effects of maintaining his balance, severe migraines, and pain in his face. Mr. Parker was told by cognitive neurologist he worked with, that his brain has been permanently damaged, and he is fortunate to even have an brain function. Should the Court require, Mr. Parker can provide the medical documentation associated with these injuries.

---

[1] The letters in support of Mr. Parker, indicate his first name as being "Graham," which is the name that Mr. Parker goes by today.

The injuries Mr. Parker suffered as a result of the attack, significantly limit Mr. Parker in being able to sustain or pursue another career, particularly if he loses his real estate license. Mr. Parker has been dedicated to building his career and a new life, since his release.  He has continuously demonstrated this, through all of the steps he's taken to improve himself, help individuals, and further be involved in his community. Mr. Parker wants to continue down the path of being a productive member of society and give back to his community.

Undersigned counsel spoke with Mr. Parker's probation officer, who indicated that Mr. Parker has been in compliance with the terms of his supervised release.  However, she is not taking a position on Mr. Parker's request to terminate supervised release. Undersigned counsel also spoke with the Assistant United States Attorney Robert Richardson on this matter, and was informed the Government will oppose this motion.

The real estate board will be voting on Mr. Parker being able to maintain his real estate license, in the next two weeks.  Mr. Parker avers that early termination of his supervised is warranted by Mr. Parker's conduct, and in the interest of justice.  As such, Mr. Parker respectfully requests this Honorable Court to terminate Mr. Parker's probation.  Mr. Parker further requests a hearing on this motion, as early as possible and convenient to the Court.

        Respectfully Submitted
        BENJAMIN PARKER,
        By his attorney,

        /s/ Sara Attarchi
        Sara Attarchi, Esq.
        Simons Law Office
        10 Post Office Square, Suite 800S
        Boston, MA 02109
        (617) 544-9000
        BBO #697486

Dated:  August 4, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 4, 2020.

_/s/ Sara Attarchi_
Sara Attarchi